```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
SAMUEL LOPEZ,                                                  :
                                                               :
                              Plaintiff,                       :
                                                               :       23-cv-461 (LJL)
              -v-                                              :
                                                               :       ORDER
ATHANASIOS RAFTOPOULOS and THREE DECKER                        :
RESTAURANT, LTD. d/b/a 3 DECKER                                :
RESTAURANT,                                                    :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2023

LEWIS J. LIMAN, United States District Judge:

      On August 20, 2023, Plaintiff filed a notice of voluntary dismissal with prejudice against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 26. That filing was rejected for a filing error. Accordingly, the Court will DISMISS this action WITH PREJUDICE under its inherent power. The Clerk of Court is respectfully directed to close this case.

      The parties may reopen the case, provided the application to restore the action to the Court's calendar is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: September 28, 2023
       New York, New York

                                                             LEWIS J. LIMAN
                                                      United States District Judge